# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SETH COLE, individually and on behalf of other similarly situated employees;<br>Plaintiff,<br>v.<br><br>SOUTHERN TOOL INSPECTION, LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CIVIL ACTION NO. 4:19-cv-3259<br><br>JURY TRIAL DEMANDED<br> |

## ORDER GRANTING JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

The Parties to this suit have filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation") of all claims and causes of action that were or could have been asserted by Plaintiffs against Defendants arising out of or in any way related to the matters raised in this lawsuit.

It is, therefore, ORDERED that pursuant to the Rule 41(a) Stipulation of Dismissal with Prejudice signed and filed by Plaintiff and Defendants, all of Plaintiff's claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with each party to bear costs and expenses subject to the Settlement Agreement.

SIGNED this 20th day of May_____, 2020.

_____
JUDGE PRESIDING